**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FRANCISCO LORA,                          )
                                         )
      Petitioner,                     )
                                         )
         v.                       )    Civil Action No. 3:24-215
                                         )    Judge Nora Barry Fischer
DIRECTOR BOP COLETTE PETERS,             )    Magistrate Judge Keith Pesto
WARDEN MICHAEL UNDERWOOD,                )
WARDEN, F.C.I. LORETTO,                  )
                                         )
      Respondents.                    )

**<u>MEMORANDUM ORDER</u>**

AND NOW, this 22nd day of May, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on April 30, 2025, (Docket No. 13), recommending that the § 2241 habeas petition filed by Petitioner Francisco Lora against Director BOP Colette Peters and Warden Michael Underwood challenging the Bureau of Prisons' forfeiture of 27 days good conduct time as a result of his stealing in violation of disciplinary Code 219 be denied because he has failed to demonstrate that he is entitled to the relief requested in light of the relevant standards of review in challenges to prison disciplinary proceedings, *see e.g., Superintendent v. Hill*, 472 U.S. 445, 455, 105 S. Ct. 2768, 2774, 86 L. Ed. 2d 356 (1985), and the Magistrate Judge having directed non-ECF users such as Petitioner to file any objections to the Report and Recommendation within 14 days or by May 19, 2025, and no objections having been filed by the date of this Memorandum Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation, (Docket No. 13),

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation [13] is ADOPTED as the opinion of this Court.

IT IS HEREBY ORDERED that Petitioner Francisco Lora's § 2241 Petition [4] is DENIED, as the Court agrees that the record plainly supports the BOP's determination that some evidence supports the discipline imposed for Petitioner's misconduct.  *See Hill*, 472 U.S. at 455, 105 S. Ct. 2768, 2774 ("We hold that the requirements of due process are satisfied if some evidence supports the decision by the prison disciplinary board to revoke good time credits.").

An appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto

cc:      FRANCISCO LORA
          92091-054
          F.C.I. Loretto
          P.O. Box 1000
          Cresson, PA 16630 (via first class mail)